## STATE OF OREGON,
*Respondent,*

*v.*

## THOMAS ANDREW DORIAN,
*Appellant.*

(89-12-36920; CA A66423)

825 P2d 296

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions on two counts of burglary in the first degree, ORS 164.225, two counts of kidnapping in the second degree, ORS 163.225, and one count of assault in the fourth degree. ORS 163.160.

Defendant first contends that there was not sufficient evidence to support the convictions and that, therefore, his motion for judgment of acquittal should have been allowed. There was sufficient evidence. The court did not err.

The state concedes that the separate convictions for burglary merge and that the kidnapping convictions merge. We accept that concession.

Defendant also argues that he should have been given credit for the time that he served awaiting sentencing. The Department of Corrections, not the sentencing court, has the authority to allow that credit. ORS 137.320; *Gage v. Maass*, 306 Or 196, 759 P2d 1049 (1988).

Conviction for assault in the fourth degree affirmed; remanded for entry of single judgment of conviction for burglary in the first degree and single judgment of conviction for kidnapping in the second degree.